MICHAEL JAY GREEN AND ASSOCIATES, INC.
MICHAEL JAY GREEN        4451
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone:  (808) 521-3336
Facsimile:  (808) 566-0347
Email:  michaeljgreen@hawaii.rr.com

Attorney for Defendant
VILISENI MATEAKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| UNITED STATES OF AMERICA, | CR. NO. 21-00051 JAO |
|---|---|
| Plaintiff, | DEFENDANT VILISENI MATEAKI'S SUPPLEMENT TO SENTENCING STATEMENT; EXHIBIT "1"; CERTIFICATE OF SERVICE |
| vs. | |
| VILISENI MATEAKI, | |
| Defendant. | Sentencing Date:  November 4, 2021 |

**DEFENDANT VILISENI MATEAKI'S
SUPPLEMEN TO SENTENCING STATEMENT**

Defendant VILISENI MATEAKI, by and through his undersigned counsel, respectfully submits the Certificates of Participation received from the Federal Bureau of Prisons, attached hereto as Exhibit "1".

DATED:  Honolulu, Hawai`i, October 25, 2021.

      /s/ *Michael Jay Green*
MICHAEL JAY GREEN
Attorney for Defendant
VILISENI MATEAKI

# EXHIBIT "1"



**EXHIBIT "1"**



Certificate of Participation

This certificate is presented to

**Viliseni Mateaki**

for participation in the

Adult Continuing Education Independent Learning Packet Program
and completion of the following packet:

**Grammar Skills Parts 1 - 3**

August 2, 2021
Date

_Sheryl-lynn Camello_
Sheryl-lynn Camello
Adult Continuing Education Coordinator



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VILISENI MATEAKI,<br><br>　　　　　Defendant. | CR. NO. 21-00051 JAO<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

　　　　I hereby certify that a true and correct copy of the attached was duly served upon the following parties as set forth below:

<u>Served Electronically through CM/ECF</u>:

KENNETH M. SORENSON,　　　　　ken.sorenson@usdoj.gov
　Assistant U.S.Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

<u>Served Via Email</u>:

Oladipupo Victor Adegun,　　　　　victor_adegun@ncmp.uscourts.gov
　U.S. Probation Officer

　　　DATED:  Honolulu, Hawai`i, October 25, 2021.

　　　　　　　　　　　　　　　　　　/s/ *Michael Jay Green*
　　　　　　　　　　　　　　　　　MICHAEL JAY GREEN
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　VILISENI MATEAKI